B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Daffy's, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): **Daffy's, Inc. and Affiliate; Daffy Dan's Bargaintown; Daffy's Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): **N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**22-1671723** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Daffy's Way, Secaucus, New Jersey**<br>ZIP CODE **07094** | Street Address of Joint Debtor (No. and Street, City, and State): **N/A**<br>ZIP CODE **N/A** |
| County of Residence or of the Principal Place of Business: **Hudson County, New Jersey** | County of Residence or of the Principal Place of Business: **N/A** |
| Mailing Address of Debtor (if different from street address): **N/A**<br>ZIP CODE **N/A** | Mailing Address of Joint Debtor (if different from street address): **N/A**<br>ZIP CODE **N/A** |
| Location of Principal Assets of Business Debtor (if different from street address above): **1311 Broadway, New York, New York**<br>ZIP CODE **10001** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☒ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

US_ACTIVE:\44029992\5\39982.0003

**B1 (Official Form 1) (12/11)**                                                                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Daffy's, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| District: **N/A** | Relationship: **N/A** | Judge: **N/A** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord than obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (**Official Form**) **1 (12/11)** Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Daffy's, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ Signature of Debtor X_____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X /s/ Debra Dandeneau Signature of Attorney for Debtor(s) **Debra A. Dandeneau** Printed Name of Attorney for Debtor(s) **Weil, Gotshal & Manges LLP** Firm Name **767 Fifth Avenue** **New York, NY 10153** Address **(212) 310-8000** Telephone Number **August 1, 2012** Date * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X_____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Name and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Marcia Wilson Signature of Authorized Individual **Marcia Wilson** Printed Name of Authorized Individual **President & CEO** Title of Authorized Individual **August 1, 2012** Date | |

OFFICER'S CERTIFICATE

OF

DAFFY'S, INC.
ONE DAFFY'S WAY
SECAUCUS, NEW JERSEY 07094

July 30, 2012

    The undersigned, being a duly authorized executive officer of Daffy's, Inc., a New Jersey corporation ("Daffy's"), hereby certifies that attached hereto as Exhibit A is a true and complete copy of the recitals and resolutions unanimously adopted by the members of the Board of Directors (the "Board") of Daffy's, at a telephonic meeting of the Board held on July 12, 2012.

IN WITNESS WHEREOF, the undersigned has hereunto signed her name as of the date first written above.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *signature*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Name: Marcia Wilson
　　　　　　　　　　　　　　　　　　　　　　　　Title:  President and CEO

US_ACTIVE:\44062536\1\39982.0003

# EXHIBIT A

**Filing of Bankruptcy Petition**

WHEREAS, the Board of the Company has determined that it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code; now therefore be it

RESOLVED, that the President and C.E.O., Vice President and Secretary, and members of the Board of Directors of the Company, and any other person designated and so authorized to act on behalf of the Company by the aforementioned officers (each, an "***Authorized Person***"), be and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 thereby commencing the Chapter 11 Case and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Person executing the petition shall determine; and further

RESOLVED, that any Authorized Person be, and hereby is, authorized, empowered, and directed to: (i) execute and file the petition, all schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain assistance by legal counsel, accountants, and other professionals, (ii) negotiate, execute, and deliver a debtor in possession loan facility and (iii) perform any and all further acts and deeds that such Authorized Persons deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

**Appointment of Professionals**

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that the firm of Marvin Traub Associates, and the individuals, Geoffrey Lurie and Sid Taubman, be, and hereby are, engaged as bankruptcy consultants for the Company under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that Donlin, Recano & Company, Inc. be, and hereby is, engaged as claims and noticing agent for the Company under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that the Company is authorized to engage as a liquidation specialist in the Chapter 11 Case such entity as shall be determined by the President and CEO of the Company.

**Asset Purchase, Assignment and Support Agreement**

RESOLVED, that in connection with the Chapter 11 Case, the Board authorizes and approves the execution, delivery, and performance of the Asset Purchase, Assignment and Support Agreement, substantially on the terms of the draft Asset Purchase, Assignment and Support Agreement which has been provided to the Board and with such changes thereto as Authorized Persons executing the same shall approve, such approval to be conclusively evidenced by such Authorized Person's signature thereon, and any other agreements, consents, certificates, amendments, assignments, and instruments in connection therewith (together with the Asset Purchase, Assignment and Support Agreement, the "***Purchase Documents***"), as such Authorized Person determines to be necessary, appropriate, proper or desirable to effectuate the transactions contemplated by the Purchase Documents and in the interest of the Company in connection with the Chapter 11 Case; and further

RESOLVED that any Authorized Person be, and hereby is, authorized and empowered to negotiate, execute, deliver, and perform or cause the performance of the Purchase Documents, as such Authorized Person determines necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Purchase Documents and other arrangements necessary, appropriate, proper, or desirable in the interest of the Company in connection with the Chapter 11 Case such determination to be conclusively evidenced by the performance of such acts, the taking of any action or the execution and delivery of any such document with such Authorized Person's signature thereon.

**Agency Agreement**

RESOLVED, that in connection with the Chapter 11 Case, the Board authorizes and approves the negotiation, execution, delivery and performance of the Agency Agreement, substantially on the terms of the draft Agency Agreement which has been provided to the Board and with such changes as the Authorized Person executing the same shall approve, such approval to be conclusively evidenced by such Authorized Person's signature thereon, and any other agreements, consents, certificates, amendments, assignments, and instruments in connection therewith (together with the Agency Agreement, the "***Agency Documents***") as such Authorized Person determines to be necessary, appropriate, proper or desirable to effectuate the liquidation of the Company's inventory, and certain furniture, fixtures and equipment contemplated by the Agency Documents and in the interest of the Company in connection with the Chapter 11 Case; and further

RESOLVED, that any Authorized Person be, and hereby is, authorized and empowered to negotiate, execute, deliver and perform or cause the performance of the Agency Documents, as such Authorized Person considers necessary, appropriate, proper or desirable to effectuate the transactions contemplated by the Agency Documents and other arrangements necessary, appropriate, proper or desirable in the interest of the Company in connection with the Chapter 11 Case such determination to be conclusively

evidenced by the performance of such acts, the taking of any action or the execution and delivery of any such document with such Authorized Person's signature thereon.

**DIP Financing**

RESOLVED, that in connection with the Chapter 11 case, (a) the Board authorizes and approves (i) the execution, delivery and performance of a Credit Agreement, substantially on the terms of the draft credit agreement which has been provided to the Board, with such changes as the Authorized Person executing the same shall approve, such approval to be conclusively evidenced by such Authorized Person's signature thereon, and any security agreements, guarantee agreements, other agreements, notes, consents, certificates, amendments, assignments and instruments in connection therewith (the "*Credit Documents*" and together with the Credit Agreement, the "*Financing Documents*"), (ii) the granting of a security interest in any assets of each Company as collateral and/or the guaranty of the obligations of the debtors under the Credit Agreement, and (iii) any transactions effected or to be effected pursuant to the terms and provisions of the Financing Documents, and (b) any Authorized Person be, and hereby is, authorized and empowered, in the name and on behalf of each Company, to negotiate, execute, deliver, and perform or cause the performance of the Financing Documents, as such Authorized Person executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Financing Documents and other financing arrangements necessary, appropriate, proper, or desirable in the interest of each Company in connection with the Chapter 11 Case, such determination to be conclusively evidenced by such execution or taking of such action.

**General Authorization; Additional Resolutions**

RESOLVED, that consistent with the foregoing resolutions, each Authorized Person is hereby authorized, directed, and empowered, on behalf of and in the name of the Company, to: (i) cause the Company to enter into, execute, deliver, certify, file, and perform all other agreements, instruments, motions, affidavits, certificates, or other documents as such Authorized Person deems necessary, (ii) incur and pay or cause to be paid all fees, expenses, and taxes, including without limitation, legal fees and expenses, (iii) engage such persons as Authorized Person shall in his or her other judgment determine to be necessary, appropriate or desirable, and (iv) do any and all other acts and things as such Authorized Person deems necessary, appropriate or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby; and further

RESOLVED, that any and all past actions heretofore taken by an Authorized Person or the directors of the Board in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and hereby are, ratified, confirmed, and approved.

5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
*In re*                                                                              :          **Chapter 11**
:
**DAFFY'S, INC.,**                                                          :          **Case No. 12-_____ (__)**
:
         **Debtor.**                                                             :
:
-----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York and to enable the Judges to evaluate possible disqualifications or recusals, on behalf of Daffy's, Inc. (the "***Debtor***"), the undersigned authorized officer certifies the following:

    **A.**    **Ownership of the Debtor's Equity Interests**

        1.    Marcia Wilson owns 81.2% of the interests in Daffy's, Inc.

        2.    The Wilson 2003 Family Trust owns .8% of the interests in Daffy's, Inc.

        3.    The 1997 Damon Wilson Trust owns 4.5% of the interests in Daffy's, Inc.

        4.    The 1997 Evan Wilson Trust owns 4.5% of the interests in Daffy's, Inc.

        5.    The 1997 Gabriel Wilson Trust owns 4.5% of the interests in Daffy's, Inc.

        6.    The 1997 Joshua Wilson Trust owns 4.5% of the interests in Daffy's, Inc.

B.  **The Debtor's Ownership of Equity Securities, Partnership Interests, and Joint Venture Interest**

7.  The Debtor owns no equity securities, partnership interests, or joint venture interests.

Dated: August 1, 2012

                                                  /s/ Richard F. Kramer
                                                  By:   Richard F. Kramer
                                                  Title: Vice President of Finance and Secretary
                                                             Daffy's, Inc.

US_ACTIVE:\44030173\4\39982.0003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
*In re*                                                        :
:          **Chapter 11**
**DAFFY'S, INC.,**                                             :
:          **Case No. 12-_____ (__)**
               Debtor.                                         :
:
---------------------------------------------------------------x

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against the above-captioned debtor (the "***Debtor***"). This list has been prepared from the unaudited books and records of the Debtor and reflects amounts as of July 31, 2012. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) and does not include (a) persons who fall within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| CHRIS FRIEDLANDER<br><br>21 Pondfield Pkwy<br>Mt Vernon, NY 10552 | | Trade debt | Unliquidated | $612,993.11 |
| DEVITO VERDI<br><br>100 5th Ave., 16th fl.<br>New York, NY 10011 | Attn: Alix Colas<br><br>Tel: (212) 431-4694<br>Fax: (212) 431-4940<br>Email: acolas@devitoverdi.com | Trade debt | | $352,739.00 |
| FALC USA INC.<br><br>21 Industrial Park Ave.<br>Westmoreland, NH 03467 | Attn: Tracy Williams<br><br>Tel: (603) 352-9161<br>Fax: (603) 352-9162<br>Email: tracy@falcusa.com | Trade debt | | $271,574.50 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| PEERLESS CLOTHING INTERNATIONAL INC.<br><br>200 Industrial Park Rd.<br>St. Albans, VT 05478 | Attn: Rose Miniaci<br><br>Tel: (514) 593-9300<br>Fax: (514) 723-7877<br>Email: rosem@peerless-clothing.com | Trade debt | | $267,753.55 |
| LATICO LEATHERS<br><br>321 Palmer Road<br>Denville, NJ 07834<br><br><br><br>Capital Business Credit LLC<br>1700 Broadway<br>New York, NY 10019 | Attn: Kevin Cahill<br><br>Tel: (973) 442-9622<br>Fax: (973) 442-3073<br>Email: kevin@laticoleathers.com<br><br>Dave Conley<br>Tel: (212) 887-7932<br>Tel: (212)-887-7968<br>Email: dconley@capitalbusinesscredit.com | Trade debt | | $238,863.00 |
| BABAKUL<br><br>2100 Abbot Kinney Blvd., Unit D<br>Venice, CA 90291<br><br>FTC Commercial Corp.<br>1525 South Broadway<br>Los Angeles, CA 90015 | Attn: Sophie Wizman<br><br>Tel: (310) 578-5600<br>Fax: (310) 578-5699<br>Email: sophie@babakul.com<br><br>Israel Rodriguez<br>Tel: (213) 745-8888 ext. 278<br>E-mail: Francisco@ftccc.net | Trade debt | | $176,307.10 |
| TIMBERLAND LLC<br><br>P.O. Box 92550<br>Chicago, IL 60675 | Attn: Pam Holmes<br><br>Tel: (603) 772-9500<br>Email: pholmes@timberland.com | Trade debt | | $154,645.50 |
| EL INTERNATIONAL USA INC.<br><br>DBA E-Land Kids<br>33 West 33rd St.<br>New York, NY 10001 | Attn: Finn Charles Worth<br><br>Tel: (212) 868-5933<br>Fax: (212) 868-5936<br>Email: finncharlesworth@elandkids.com | Trade debt | | $123,014.50 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| INTERNATIONAL INTIMATES INC.<br><br>180 Madison Ave. Suite 700<br>New York, NY 10016 | Attn: Iris Margulies<br><br>Tel: (212) 213-4848<br>Fax: (212) 213-4120<br>Email: irism@renerofe.com | Trade debt | | $103,715.79 |
| NY ACCESSORY GROUP LLC<br><br>NY Accessory Grp., LLC<br>450 Shrewsbury Plaza #39<br>Shrewsbury, NJ 07702<br><br>Rosenthal & Rosenthal Inc.<br>1370 Broadway<br>New York, NY 10018 | Attn: Marc Siruya<br><br>Tel: (212) 288-4111<br>Fax: (212) 288-4116<br>Email: marc@nyaccessorygroup.com<br><br>Pat Sicardi<br>Tel: (212) 356-1480<br>Fax: (212) 356-0900<br>Email: psicardi@rosenthalinc.com | Trade debt | | $93,840.50 |
| SWEET ROMEO<br><br>231 W. 39th St. Rm. #208<br>New York, NY 10018<br><br>C.I.T. Group/Commercial Services<br>11 W. 42nd St., 11th fl.<br>New York, NY 10036 | Attn: Richard Gabor<br><br>Tel: (203) 246-7429<br>Email: richardgabor@hotmail.com<br><br>Jonathan Yoelson<br>Tel: (212) 461-5434<br>Email: jonathan.yoelson@cit.com | Trade debt | | $91,973.50 |
| WESTPORT CORPORATION<br><br>331 Changebridge Rd.<br>P.O. Box 2002<br>Pine Brook, NJ 07058 | Attn: Mike Rahim<br><br>Tel: (973) 575-0110<br>Fax: (973) 575-9108<br>Email: mrahim@mundiwestport.com | Trade debt | | $86,814.40 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| HARBOR FOOTWEAR<br><br>55 Harbor Park Rd.<br>Port Washington, NY 11050<br><br><br>C.I.T. Group/Commercial Services<br>11 W. 42nd St., 11th fl.<br>New York, NY 10036 | Attn: Glenda Cohen<br><br>Tel: (516) 621-8400<br>Fax: (516) 621-4957<br>Email:<br>glenda.cohen@harborftw.com<br><br>Jonathan Yoelson<br>Tel: (212) 461-5434<br>Email:<br>jonathan.yoelson@cit.com | Trade debt | | $86,105.00 |
| COLLECTION 18<br><br>385 5th Ave.<br>New York, NY 10016 | Attn: Venta McCalla<br><br>Tel: (212) 686-8990<br>Email:<br>vmccalla@collectionxiix.com | Trade debt | | $80,977.50 |
| DELTA GALIL USA<br><br>P.O. Box 798133<br>St. Louis, MO 63179 | Attn: Scott Wolffe<br><br>Tel: (646) 943-5625<br>Fax: (570) 336-5821<br>Email:<br>scott.wolffe@us.deltagalil.com | Trade debt | | $80,836.00 |
| ROMEO & JULIET<br><br>499 7th Ave.,<br>2nd fl. North Tower<br>New York, NY 10018<br><br><br>Rosenthal & Rosenthal Inc.<br>1370 Broadway<br>New York, NY 10018 | Attn: Mohamed Azwan<br><br>Tel: (212) 279-5566<br>Fax: (212) 279-5586<br>Email:<br>aazhar@studionazarinc.com<br><br>Pat Sicardi<br>Tel: (212) 356-1480<br>Fax: (212) 356-0900<br>Email:<br>psicardi@rosenthalinc.com | Trade debt | | $78,791.25 |
| THE ECHO DESIGN GROUP, INC.<br><br>Line 1: 75 Oxford Drive<br>Line 2: 806 Tyvola Road, Ste. 108<br>Moonachie, NJ 07074 | Attn: Cheryl Glaeser<br><br>Tel: (201) 994-0444<br>Fax: (201) 994-0445<br>Email:<br>cgaeser@echodesign.com | Trade debt | | $78,717.45 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| ANNALEE & HOPE<br><br>1400 Broadway<br>New York, NY 10018<br><br>C.I.T. Group/Commercial Services<br>11 W. 42nd St., 11th fl.<br>New York, NY 10036 | Attn: Ursiline Walker<br><br>Tel: (212) 869-3300<br>Email: ursiline@jumpapparel.com<br><br>Jonathan Yoelson<br>Tel: (212) 461-5434<br>Email: jonathan.yoelson@cit.com | Trade debt | | $77,259.00 |
| KAKTUS SPORTSWEAR INC.<br><br>390 Starke Rd.<br>Carlstadt, NJ 07072<br><br>C.I.T. Group/Commercial Services<br>11 W. 42nd St., 11th fl.<br>New York, NY 10036 | Attn: Madhavi Jalu<br><br>Tel: (201) 372-0004<br>Fax: (201) 372-0008<br>Email: madhavi@kaktussportswear.com<br><br>Jonathan Yoelson<br>Tel: (212) 461-5434<br>Email: jonathan.yoelson@cit.com | Trade debt | | $76,576.00 |
| THE ISABELLA CO. (NEW YORK), INC.<br><br>205 W. 39th St., 17th fl.<br>New York, NY 10018 | Attn: Jenny Debran<br><br>Tel: (212) 302-2055<br>Email: jenny@isabella.com | Trade debt | | $76.089.00 |
| MADDEN MENS<br><br>52-16 Barnett Ave.<br>Long Island City, NY 11104<br><br>Rosenthal & Rosenthal Inc.<br>1370 Broadway<br>New York, NY 10018 | Attn: Sunita Melaram<br><br>Tel: (718) 446-1800<br>Fax: (718) 446-5747<br>Email: sunitamelaram@stevemadden.com<br><br>Pat Sicardi<br>Tel: (212) 356-1480<br>Fax: (212) 356-0900<br>Email: psicardi@rosenthalinc.com | Trade debt | | $71,774.75 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| PORTOLANO PRODUCTS INC.<br><br>15 W. 37th Street<br>New York, NY 10018 | Attn: Vincent Troia<br><br>Tel: (212) 719-4403<br>Fax: (212) 302-6135<br>Email: vincent@portolano.com | Trade debt | | $70,358.00 |
| DREAMWEAR INC.<br><br>Dreamwear, Inc.<br>183 Madison Ave., 10th fl.<br>New York, NY 10016<br><br>Wells Fargo Trade Capital Services, Inc.<br>100 Park Ave., 3rd fl.<br>New York, NY 10017 | Attn: Jorge Guaman<br><br>Tel: (212) 684-7799<br>Fax: (212) 684-9699<br>Email: iguaman@dreamwear.com<br><br>Roy Gringhaus<br>Tel: (212) 703-3575<br>Email: roygringhaus@wellsfargo.com | Trade debt | | $69,148.50 |
| 2B RYCH<br><br>1411 Broadway, 24th fl.<br>New York, NY 10018 | Attn: Cecilia Liang<br><br>Tel: (212) 944-7924<br>Fax: (212) 478-4302<br>Email: cliang@alfreddunner.net | Trade debt | | $60,010.00 |
| NAUTICA MENS SLEEPWEAR<br><br>Nautica Mens<br>40 West 57th St.<br>New York, NY 10019 | Attn: Tammy Hunt<br><br>Tel: (212) 841-7212<br>Email: tammyhunt@vfc.com | Trade debt | | $57,568.40 |
| THREE HANDS CORPORATION<br><br>13259 Ralston Ave.<br>Sylmar, CA 91342 | Attn: Nancy Dekonski<br><br>Tel: (800) 443-5443<br>Fax: (818) 833-1212<br>Email: nancyn@threehands.com | Trade debt | | $57,287.10 |
| OAKHURST PARTNERS LLC<br><br>148 Madison Ave., 13th fl.<br>New York, NY 10016 | Attn: Debbie Lerno<br><br>Tel: (212) 502-3220<br>Email: debbie@amiciltd.com | Trade debt | | $56,801.00 |

| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| DERKON LEATHER FASHION<br><br>Vatan Cad. No. 2 Ortadogu Merkezi Kat:6 34403 Caglayan-Istanbul, Turkey | Attn: David Behmuaras<br><br>Tel: 90.216.680 47 01<br>Fax: 90.216.680 47 06<br>Email: dbehmuaras@derkon.com | Trade debt | | $55,290.00 |
| MARC FISHER LLC<br><br>777 West Putnam Ave. Greenwich, CT 06830<br><br>Milberg Factors 99 Park Ave. New York, NY 10016 | Attn: Madara Kaimina<br><br>Tel: (203) 302-2800<br>Email: madara.kaimina@fisherfootwear.com<br><br>Chris Chassis<br>Tel: (646) 717-9260<br>Email: cchasse@milfac.com | Trade debt | | $55,441.00 |
| TACHING INC.<br><br>108 Pierson Ave. Edison, NJ 8837 | Attn: JP or Chief Legal Officer or Other Officer<br><br>Tel: (732) 603-7877<br>Fax: (732) 603-7961<br>Email: jashoda@tachinginc.com | Trade debt | | $54,285.90 |

# DECLARATION CONCERNING LIST OF
# CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

   I, the undersigned authorized officer of the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding 30 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.

Dated: August 1, 2012

            /s/ Richard F. Kramer
            By:  Richard F. Kramer
            Title: Vice President of Finance and Secretary
               Daffy's, Inc.